*Granted - [signature] Karen L. Litkovitz 10/9/14*

IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Peter Merz, Individually, | : |
| Plaintiff, | : |
| v. | : Case No: 1:14-cv-103 |
| Opportunities for Ohioans with Disabilities, et al., | : Magistrate Judge: Karen L. Litkovitz |
| Defendants. | : |

## JOINT MOTION TO STAY CALENDAR

Pursuant to a Telephone Conference held before Magistrate Judge Stephanie K. Bowman on October 3, 2014, and a subsequent Minute Entry filed by the Court on October 6, 2014, now come the Parties requesting the Court to stay the calendar in this matter until further notice. The Calendar Order filed July 15, 2014 (Doc. 16) set the calendar for this matter. On October 1, 2014, Plaintiff filed Plaintiff's Unopposed Motion for Extension of Time for Disclosure of Expert Witnesses and Submission of Expert Reports (Doc. 19), which was granted by notation order on October 2, 2014 (Doc. 20).

Parties are now jointly requesting that the Court stay the calendar in the case. A Memorandum in Support of this Motion is attached hereto.

Respectfully submitted,

s/Emily C. White
Emily C. White (0085662)
ewhite@disabilityrightsohio.org
Trial Attorney
Barbara S. Corner (0064780)
bcorner@disabilityrightsohio.org
Ohio Disability Rights Law and
Policy Center, Inc.

Michael DeWine
Ohio Attorney General

s/Leah Basobas O'Carroll *
Leah Basobas O'Carroll (0075477)
leahvb.o'carroll@ohioattorneygeneral.gov
Assistant Attorney General

{00131635-1}

Disability Rights Ohio
50 West Broad Street, Suite 1400
Columbus, Ohio 43215-5923
Telephone: (614) 466-7264
Facsimile: (614) 644-1888

Counsel for Plaintiff

Health and Human Services Section
30 East Broad Street, 26th Floor
Columbus, Ohio 43215-3248
Telephone: (614) 466-8600
Facsimile: (866) 312-5675

Counsel for Defendants

* Signed by Emily C. White per email authorization dated October 8, 2013.

## MEMORANDUM IN SUPPORT

All Parties hereby jointly request that the Court stay the calendar in this case. The parties have been engaged in settlement discussions throughout the past two months in the hope of resolving the case, and the discussions remain ongoing. A telephone conference regarding the status of settlement has been set for November 3, 2014. The requested stay will promote the interests of judicial economy by allowing meaningful settlement discussions to proceed without either Party expending money on further discovery and will promote the resolution of the case through the settlement process as opposed to costly litigation.

Respectfully submitted,

s/Emily C. White
Emily C. White (0085662)
ewhite@disabilityrightsohio.org
Trial Attorney
Barbara S. Corner (0064780)
bcorner@disabilityrightsohio.org
Ohio Disability Rights Law and
Policy Center, Inc.
Disability Rights Ohio
50 West Broad Street, Suite 1400
Columbus, Ohio 43215-5923
Telephone: (614) 466-7264
Facsimile: (614) 644-1888

Counsel for Plaintiff

Michael DeWine
Ohio Attorney General

s/Leah Basobas O'Carroll *
Leah Basobas O'Carroll (0075477)
leahvb.o'carroll@ohioattorneygeneral.gov
Assistant Attorney General
Health and Human Services Section
30 East Broad Street, 26th Floor
Columbus, Ohio 43215-3248
Telephone: (614) 466-8600
Facsimile: (866) 312-5675

Counsel for Defendants

{00131635-1} 2

## CERTIFICATE OF SERVICE

The undersigned certifies that a copy of the foregoing Joint Motion to Stay Calendar was filed on October 8, 2014 with the Clerk of Court using the CM/ECF system, which will send notice of such filing to all registered parties.

s/Emily C. White
Emily C. White
