IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | |
|---|---|
| Peter Merz, Individually, : | |
| : | |
| Plaintiff, : | |
| : | Case No: 1:14-cv-103 |
| v. : | |
| : | |
| Opportunities for Ohioans with : | Magistrate Judge: Karen L. Litkovitz |
| Disabilities, et al., : | |
| : | |
| Defendants. : | |

**STIPULATED NOTICE OF DISMISSAL**

The parties, through their undersigned attorneys, having settled this action pursuant to a settlement, hereby agree to dismiss this case with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii). The parties further stipulate that each party shall bear its own costs and attorneys' fees.

Respectfully submitted,

| | |
|---|---|
| s/Emily C. White | Michael DeWine |
| Emily C. White (0085662) | Ohio Attorney General |
| ewhite@disabilityrightsohio.org | |
| Trial Attorney | s/ Matthew J. Lampke * Emily C. White |
| Barbara S. Corner (0064780) | Matthew J. Lampke (0067973) |
| bcorner@disabilityrightsohio.org | matthew.lampke@ohioattorneygeneral.gov |
| Ohio Disability Rights Law and | Senior Assistant Attorney General |
| Policy Center, Inc. | Health and Human Services Section |
| Disability Rights Ohio | 30 East Broad Street, 26th Floor |
| 50 West Broad Street, Suite 1400 | Columbus, Ohio 43215-3248 |
| Columbus, Ohio 43215-5923 | Telephone: (614) 466-8600 |
| Telephone: (614) 466-7264 | Facsimile: (866) 403-3979 |
| Facsimile: (614) 644-1888 | |
| | |
| Counsel for Plaintiff | Counsel for Defendants |

{00187727-2}

**CERTIFICATE OF SERVICE**

The undersigned certifies that a copy of the Stipulated Notice of Dismissal with Prejudice was filed on May 22, 2015 with the Clerk of Court using the CM/ECF system, which will send notice of such filing to all registered parties.

s/Emily C. White
Emily C. White
